UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MAN AGAINST XTINCTION**

V.             CIVIL ACTION NO. **21-10185-DJC**

**MASSACHUSETTS PORT AUTHORITY**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the Memorandum and Order dated February 4, 2022, the Court Orders that Defendant's Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

February 4, 2022             /s/ Lisa M. Hourihan
                                                                Deputy Clerk