# United States Court of Appeals
## For the First Circuit

No. 22-1261

RICHARD MAXIMUS STRAHAN, a/k/a Man Against Xtinction,

Plaintiff - Appellant,

v.

MASSACHUSETTS PORT AUTHORITY,

Defendant - Appellee.

Before

Barron, Chief Judge,
Howard and Gelpí, Circuit Judges.

**JUDGMENT**

Entered: December 11, 2023

Appellant Richard Maximus Strahan appeals from the dismissal of his second Endangered Species Act case against the Massachusetts Port Authority. His first case was dismissed for lack of Article III standing. The current case was dismissed based on (i) lack of subject matter jurisdiction, because issue preclusion foreclosed appellant from relitigating the same standing issue, and (ii) failure to state a claim for relief. We affirm the dismissal for lack of subject matter jurisdiction because we agree that appellant is precluded from relitigating his lack of standing, essentially for the reasons stated in the district court's February 4, 2022 memorandum and order. We modify the judgment, however, to reflect a dismissal without prejudice. In view of the lack of subject matter jurisdiction, we do not reach the district court's additional holding that appellant failed to state a claim for relief.

The judgment of the district court is affirmed as modified. As for pending appellate matters, appellant's reply brief and appellee's supplemental appendix are accepted for filing; appellant's motions for oral argument and other relief are denied. See 1st Cir. R. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Denise Jefferson Casper
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Richard Maximus Strahan
Lisa C. Goodheart
Srish Khakurel